**Order entered September 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00643-CV

**DENISE EDWARDS, INDIVIDUALLY AND AS NEXT FRIEND OF G.E., MINOR, Appellant**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 86th District Court
Kaufman County, Texas
Trial Court Cause No. 90628.86**

## ORDER

Because appellant's brief was filed August 28, 2014, we **DENY** as moot her motion to extend the deadline to December 1, 2014.

/s/    ELIZABETH LANG-MIERS
JUSTICE